IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EL DORADO CHEMICAL COMPANY                                         PLAINTIFF

VS.                                    CASE NO. 15-CV-1034

L&L INDUSTRIAL SERVICES, INC. and
JOHN INGRAM INCORPORATED                                           DEFENDANT

## ORDER

Per the Court's Final Scheduling Order (ECF No. 36), the deadline for filing initial expert disclosures is February 16, 2016. The Court is currently considering motions to consolidate and motions for discovery scheduling orders that are pending in the present case and the related cases, *El Dorado Chemical Company v. Air Liquide Industrial US LP*, Case No.: 1:15-CV-1063 and *BAE Systems Ordinance Systems, Inc. v. El Dorado Chemical Company*, Case No. 1:15-CV-1035. While these motions are under consideration, the Court finds that the parties in this case should be relieved of the current expert disclosure deadlines. Accordingly, the deadlines for filing expert disclosures are suspended until further notice.

IT IS SO ORDERED, this 12th day of February, 2016.

                                                           /s/ Susan O. Hickey
                                                           Susan O. Hickey
                                                           United States District Judge